JAMES RIENZO, SR., et al., Respondents, *v.* CITY BANK FARMERS TRUST COMPANY et al., as Trustees under the Will of MATHEW ROCK, et al., Appellants.

Submitted June 5, 1944; decided June 14, 1944.

*Stanley Gray Horan* for motion.

*Bernard Margolis* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.